UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MOUNT VERNON FIRE INSURANCE
COMPANY, a Pennsylvania corporation,

    Plaintiff,

v.  Case No. 8:07-cv-1593-T-24EAJ

TRANSCONTINENTAL INSURANCE
COMPANY, an Illinois corporation,

    Defendant.
_____/

## ORDER

This cause comes before the Court on Defendant's Unopposed Motion for Substitution of Parties (Doc. No. 18), wherein Defendant Transcontinental Insurance Company ("Transcontinental") requests that National Fire Insurance Company of Hartford ("NFI") be substituted as the Defendant in the instant case due to the recent merger of Transcontinental with and into NFI. Pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, when there is a transfer of interest, the Court may "upon motion direct[] the person to whom the interest is transferred to be substituted in the action . . . ."

Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that Defendant's Unopposed Motion for Substitution of Parties (Doc. No. 18) is **GRANTED**. The Clerk is directed to substitute National Fire Insurance Company of Hartford for Transcontinental Insurance Company as the Defendant in the instant case.

**DONE AND ORDERED** at Tampa, Florida, this 4th day of January, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record