UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MOUNT VERNON FIRE INSURANCE
COMPANY, a Pennsylvania corporation,

      Plaintiff,

v.                                                    Case No.  8:07-cv-1593-T-24 EAJ

NATIONAL FIRE INSURANCE COMPANY
OF HARTFORD, an Illinois corporation, as
successor in interest to
TRANSCONTINENTAL INSURANCE
COMPANY,

      Defendant.
_____/

**ORDER**

This cause comes before the Court on Defendant's Motion for a Stay of Discovery Pending Resolution of the Dispositive Motion for Final Summary Judgment. (Doc. No. 40.) Plaintiff has filed a response in opposition. (Doc. No. 48.)

Defendant, National Fire Insurance Company of Hartford ("Defendant") argues that discovery in this case should be stayed pending this Court's ruling on its motion for summary judgment, which is based on a recent Eleventh Circuit Court of Appeals case, <u>Auto-Owners Ins. v. American Yachts, Ltd.</u>, 2008 WL 833909, (11th Cir. Mar. 28, 2008).  Defendant argues that its motion for summary judgment is meritorious and fully dispositive, and that the motion demonstrates how Plaintiff, Mount Vernon Fire Insurance Company ("Plaintiff") cannot sustain a claim for bad faith against Defendant under Florida law and governing Eleventh Circuit precedent.

Plaintiff responds that staying discovery would be extremely harmful to it, as it would be difficult to reschedule currently set depositions which are necessary to establish the facts giving

rise to its bad faith cause of action against Defendant. Plaintiff also points out that the case upon which Defendant relies in its motion for summary judgment is an unpublished Eleventh Circuit opinion that is not binding precedent on this Court. Plaintiff maintains that the harm which would be caused by any delay in discovery far outweighs any expense incurred by either party in continuing discovery.

Matters pertaining to discovery are committed to the discretion of the Court. See Patterson v. U.S. Postal Service, 901 F.2d 927, 929 (11th Cir. 1990). Upon review of the motions and responses thereto, the Court finds that the motion to stay discovery should not be granted. Plaintiff has shown that it will be prejudiced by staying discovery until the Court rules on Defendant's motion for summary judgment. While the Court is not commenting on the merits of Defendant's motion for summary judgment, it does find that staying discovery is not appropriate at this time. Accordingly, Defendant's motion is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 15th day of May, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record