UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MOUNT VERNON FIRE INSURANCE
COMPANY, a Pennsylvania corporation,

       Plaintiff,

v.                                      Case No.  8:07-cv-1593-T-24EAJ

NATIONAL FIRE INSURANCE COMPANY
OF HARTFORD, an Illinois corporation, f/k/a
TRANSCONTINENTAL INSURANCE
COMPANY, an Illinois corporation,

       Defendant.

_____/

# O R D E R

This cause comes before the Court for consideration of National Fire Insurance Company of Harford's Notice to the Court to Terminate Kirsten K. Wendela, Esquire as Attorney of Record in this Matter (Doc. No. 53).  The Court hereby directs the Clerk to terminate Attorney Kirsten K. Wendela as attorney of record in this matter, and to terminate CM/ECF notification to her.

      **DONE AND ORDERED** at Tampa, Florida, this 27th day of May, 2008.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge