UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MOUNT VERNON FIRE INSURANCE
COMPANY,

    Plaintiff,

v.     Case No. 8:07-cv-1593-T-33EAJ

TRANSCONTINENTAL INSURANCE
COMPANY,

    Defendant.
_____/

**ORDER**

This matter comes before the Court pursuant to non-party Jonathan Lee Riches's Motion to Correct Clerical Error and non-party Aubrey Drake Graham's Motion to Intervene as a Plaintiff (Doc. # 138), which was filed on June 28, 2010. In the Motion, Riches seeks an order directing the docket clerk to add his "religious" name of "Faisal Shazhad" to the docket sheet. Additionally, Graham seeks to intervene as a plaintiff.

Regarding Riches, if Riches was a litigant in this case, the Court would, perhaps, consider this request. However, Riches is not a litigant, but rather has been identified as "a federal prisoner and prolific filer in the federal courts." (Case No. 8:07-cv-1222-T-27TGW at Doc. # 45). This case has been closed since September 17, 2008, and this Court sees no

need to alter the docket sheet as requested by Riches.

Regarding Graham's Motion to Intervene as a Plaintiff, Graham has failed to demonstrate any common question of law or fact sufficient to justify permissive intervention pursuant to Rule 24(b). See In re Bayshore Ford Trucks Sale, Inc., 471 F.3d 1233, 1246 (11th Cir. 2006).

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Jonathan Lee Riches's Motion to Correct Clerical Error and Aubrey Drake Graham's Motion to Intervene as a Plaintiff (Doc. # 138) are **DENIED**.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 20th day of July, 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel and Parties of Record
Jonathan Lee Riches
Aubrey Drake Graham